# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ALLEN POPELKA, | ) |
| Petitioner, | ) |
| v. | ) No. 1:05-CV-912-SEB-VSS |
| TOM HANLON, Superintendent, | ) |
| Respondent. | ) |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

Date: 11/10/2005

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Allen Popelka
DOC #147041
Correctional Industrial Facility
P.O. Box 601
Pendleton, IN 46064

Office of the Indiana Attorney General
Indiana Government Center South, Fifth Floor
402 West Washington Street
Indianapolis, IN 46204-2770